**JOHN R. DUREE, JR.**
A Professional Law Corporation
State Bar No. 65684
428 J Street, Suite 352
Sacramento, CA 95814
Telephone: (916) 441-0562

Attorney for Defendant
TONY MINH TRINH

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. Cr.S–04-0407-WBS |
| ) | |
| Plaintiff, ) | **ORDER TO CONTINUE** |
| ) | **TRIAL DATE** |
| v. ) | |
| ) | |
| TONY MINH TRINH, ) | |
| ) | |
| Defendant. ) | |

Pursuant to the Amended Stipulation to Continue Trial Date, IT IS HEREBY ORDERED that (1) the current trial date of May 17, 2005, and trial confirmation date of May 4, 2005, be vacated; and (2) and that the matter be set for July 13, 2005 at 9:00 am, for the trial confirmation, and July 26, 2005 at 9:00 am, for the trial. Time is excluded pursuant to 18 U.S.C. § 3161(h)(8)(A) and (h)(8)(B)(iv), in that the requested additional time is necessary for effective preparation for both the government and counsel for the defendant, and in order to assure continuity of counsel for the defendant.

Dated: May 2, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1.