JOHN R. DUREE, JR.
A Professional Law Corporation
State Bar No. 65684
428 J Street, Suite 352
Sacramento, CA 95814
Telephone: (916) 441-0562

Attorney for Defendant
TONY MINH TRINH

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. Cr.S–04-0407-WBS |
| Plaintiff, | **ORDER TO VACATE TRIAL CONFIRMATION AND TRIAL DATE, AND SET STATUS CONFERENCE** |
| v. | |
| TONY MINH TRINH, | |
| Defendant. | |

TO:  U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA
AND THE U.S. ATTORNEY

IT IS HEREBY ORDERED that the court finds the interests of justice in granting the continuance outweighs the public's interest in a speedy trial and, therefore, time is excluded in the interests of justice pursuant to 18 U.S. § 3161(H)(8(B)(iv) and Local Code t4.

IT IS FURTHER ORDERED that (1) the current trial confirmation set for July 13, 2005, and the current trial date of July 26, 2005, be vacated; and (2) and that a status conference be scheduled for August 24, 2005.

Dated: July 6, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1.