**JOHN R. DUREE, JR.**
SBN 65684
428 J Street, Suite 350
Sacramento, CA 95814
Tel.: 916-444-8663
Fax: 916-447-2988

Attorney for Defendant
TONY MINH TRINH

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>        )<br>        Plaintiff, )<br>        )<br> v.        )<br>        )<br> TONY MINH-TRINH,        )<br>        )<br>        Defendant. )<br>_____ ) | Cr.S.-04-0407-WBS<br><br>ORDER |

        Based upon the application of defendant, Tony Minh Trinh, and the stipulation of the parties, IT IS HEREBY ORDERED that the hearing previously scheduled herein for September 7, 2005, shall be vacated and a new hearing shall be set for September 28, 2005. The court finds that the interests of justice in granting the continuance outweighs the public's interest in a speedy trial and therefore time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(b)(iv) and Local Code T4.

Date: September 6, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1