**JOHN R. DUREE, JR.**
**A Professional Law Corporation**
State Bar No. 65684
428 J Street, Suite 352
Sacramento, California 95814
Telephone: (916) 441-0562

Attorney for Defendant
TONY MINH TRINH

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No. S-04-0407-WBS |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING AND PROPOSED ORDER** |
| vs. | |
| **TONY MINH TRINH** | |
| Defendant. | |

    IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, TONY MINH TRINH, as follows: (1) Each party enters this agreement and these stipulations for good cause stemming from concerns to ensure adequate preparation and effective advocacy on behalf of each party's respective client; (2) Each party specifically requests this Court to allow that the sentencing hearing currently set for December 14, 2005 at 9:00 a.m. be vacated; and (3) Each party specifically requests that this Court schedule sentencing for December 21, 2005 at 9:00 a.m.

    This office has communicated with federal probation officer, Karen Muesling, who is assigned to this case, and has no objection to the new court date.

///

| | |
|---|---|
| DATED: December 12, 2005 | McGREGOR W. SCOTT<br>United States Attorney<br>By:<br><br>/s/ Mathew C. Stegman<br>MATHEW C. STEGMAN<br>Assistant U.S. Attorney |
| DATED: December 12, 2005 | /s/ John R. Duree, Jr.<br>JOHN R. DUREE, JR.<br>Attorney for defendant,<br>TONY MINH TRINH |

## ORDER

IT IS HEREBY ORDERED that the imposition of judgment and sentence currently scheduled for December 14, 2005 at 9:00 a.m. is VACATED, and the matter continued until December 21, 2005 at 9:00 a.m. for imposition of judgment and sentence.

Dated: December 14, 2005

*(signature)*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE