1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10                                ----oo0oo----

11
   UNITED STATES OF AMERICA,
12                                         NO. Cr. S-04-0407 WBS
             Plaintiff,
13
        v.                                 ORDER
14
   TONY MINH TRINH,
15
             Defendant.
16                                ----oo0oo----

17          Defendant has filed a Motion to Amend that aspect of

18 the Judgment dealing with the court's recommendation to the

19 Bureau of Prisons.  In the motion, defendant mistakenly assumes

20 that it was the court's intention that he serve the last six

21 months of the 15 month sentence in home detention.  That was not

22 the court's intention.

23          In the Presentence Report, the Probation Officer

24 recommended a sentence of probation with a condition of six

25 months home detention.  The court disagreed with that

26 recommendation.  Instead, the court determined that a sentence of

27 15 months, which happened to be at the bottom of the applicable

28 guidelines, was the length of time sufficient, but not greater

                                   1

1  than necessary, to comply with the purposes set forth in 18

2  U.S.C. § 3553(a)(2).

3       Where, and under what conditions, defendant serves the

4  last six months of his sentence is entirely up to the Bureau of

5  Prisons.  The court makes no recommendation, nor did it intend to

6  make any recommendation, as to what determination the Bureau of

7  Prisons should make regarding defendant's transition back into

8  society.

9       IT IS THEREFORE ORDERED that defendant's motion to

10  amend the judgment be, and the same hereby is, DENIED.

11  DATED:  June 13, 2006

12

13

14  WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28