1 **JOHN R. DUREE, JR.**
**A Professional Law Corporation**
2 State Bar No. 65684
428 J Street, Suite 352
3 Sacramento, California 95814
Telephone: (916) 441-0562
4
Attorney for Defendant
5 TONY MINH TRINH

6

7

8

9
**IN THE UNITED STATES DISTRICT COURT**
10
**FOR THE EASTERN DISTRICT OF CALIFORNIA**
11

12
| | |
|---|---|
| **UNITED STATES OF AMERICA**,) | **Case No. S-04-0407-WBS** |
| ) | |
| Plaintiff, ) | **STIPULATION FOR RELEASE** |
| ) | **OF PASSPORT TO DEFENDANT** |
| vs. ) | **TRINH;** ~~**PROPOSED**~~ **ORDER** |
| ) | |
| **TONY MINH TRINH** ) | |
| ) | |
| Defendant. ) | |
| _____) | |

18

19    IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America,

20 by and through AUSA Mathew Stegman, and defendant, TONY MINH TRINH, by and through his

21 attorney, John R. Duree, Jr., that Mr. Trinh's passport may be released from federal custody and

22 returned to him.

23 DATED: January 7, 2008                           United States Attorney's Office

24                                                  By:   /s/ Mathew C. Stegman
                                                    MATHEW C. STEGMAN
25                                                  Assistant U.S. Attorney

26
DATED: January 7, 2008                             /s/ John R. Duree, Jr.
27                                                  JOHN R. DUREE, JR.
                                                    Attorney for Defendant
28                                                  TONY MINH TRINH

# **ORDER**

IT IS HEREBY ORDERED that defendant TONY TRINH's passport be released from federal custody and returned to him.

Dated: January 7, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE